1
 Reynold Ramcharan, Petitioner v. The People of the State of Colorado. Respondent No. 24SC789
Supreme Court of Colorado, En Banc
May 27, 2025
 2
 
           Court
 of Appeals Case No. 22CA534.
 
 
 
          DENIED
 PETITIONS FOR WRIT OF CERTIORARI.
 
 3
 
          Petition
 for Writ of Certiorari DENIED.
 
 
          
 JUSTICE HOOD and JUSTICE SAMOUR would grant as to the
 following issue:
 
 
          Whether
 the court of appeals erred by creating a requirement, not
 contained in the rape shield statute, that an offer of proof
 submitted with a rape shield motion must contain facts
 establishing the admissibility of the proffered
 evidence in order to obtain a hearing on the admissibility of
 the evidence.